# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIE WELLS                                                                                          PLAINTIFF

V.                                      3:12CV00021 JMM/JTR

RONNIE COLEMAN, Administrator
Crittenden County Detention Facility, et al.                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff may PROCEED with his excessive force claim against Defendant Malone and his inadequate medical care claims against the Jane Doe Defendants, in their individual capacities only.

2.      All other claims and Defendants are DISMISSED, WITHOUT

PREJUDICE, for failing to state a claim upon which relief may be granted.

3. The Clerk is directed to prepare a summons for Defendant Malone, and the U.S. Marshal is directed to serve the summons, Complaint, and this Order on him without prepayment of fees and costs or security therefor.[1]

4. Plaintiff must, **within ninety days of the entry of this Order**, file a Motion for Service containing the full names of and service addresses for the Jane Doe Defendants.

5. Plaintiff is advised that if he fails to timely and properly do so, the Jane Doe Defendants will be dismissed from this action, without prejudice, due to a lack of service pursuant to Fed. R. Civ. P. 4(m).

6. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this __23__ day of __February__, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[1] If Defendant Malone is no longer a Crittenden County employee, the individual responding to service shall file his last known private mailing address **under seal**.