# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WILLIE WELLS                                                                                    PLAINTIFF

V.                              3:12CV00021 JMM/JTR

COURTNEY MALONE, Detention Officer;
and DOES, Unknown Nurses,
Crittenden County Detention Facility                                      DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's March 2, 2012 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this  5  day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE